## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

ANTHONY ROSATI,

     Plaintiff,

     v.                          Case Number: 6:22-cv-00999-DNH-ATB

ALEJANDRO MAYORKAS, in his official
capacity as Secretary of Homeland Security;
U.S. DEPARTMENT OF HOMELAND             **STIPULATION AND PROPOSED**
SECURITY; U.S. CITIZENSHIP AND                **ORDER FOR MODIFIED BRIEFING**
IMMIGRATION SERVICES; UR JADDOU,         **SCHEDULE**
in her official capacity as Director of USCIS;
USCIS SYRACUSE SATELLITE OFFICE;
Director of USCIS Syracuse Field Office;
MATTHEW EMRICH, in his official capacity
as Associate Director for USCIS's Fraud
Detection and National Security Directorate
(FDNS); MERRICK GARLAND, in his
official capacity as U.S. Attorney General;
U.S. DEPARTMENT OF JUSTICE,

     Defendants.

On February 9, 2023, the parties submitted a Joint Response to February 6 Text Order

(ECF 17) setting the deadlines related to the Motion for Summary Judgment. [DKT No. 18]. On

February 10, 2023, the Court approved the Stipulation. [DKT No. 19]. Plaintiff's Reply to the

Cross-Motion is currently due on May 26, 2023. Plaintiff's Counsel is requesting an extension of

time for Plaintiff's reply brief as Plaintiff's Counsel will soon undergo a necessary surgery on

May 17, 2023. Following the surgery Plaintiff's counsel will be placed on medical leave by her

doctor for at least four to five weeks, if there are no complications or further issues. During the

leave an associate will continue with the reply brief in this case and would like a short extension

to ensure that the brief is properly handled and that Ms. Goldberg will have a chance to review and sign the reply, while in recovery. Plaintiff's Counsel conferred with Defendants' Counsel on May 10, 2023 and both parties have agreed on Plaintiff's extension. Subject to the Court's approval, the parties hereby stipulate as follows:

1) Plaintiff's Reply to be filed on or before June 5, 2023.


Dated: May 11, 2023                          */s/ Julie A Goldberg*
                                             Julie A. Goldberg, Esq.
                                             5586 Broadway, Third Floor
                                             Bronx, NY 10463
                                             Tel.: (718) 432-1022
                                             Email: ecf@goldbergimmigration.com

                                             *Counsel for Plaintiff*


Dated: May 11, 2023                          */s/ Julian M. Kurz*
                                             JULIAN M. KURZ
                                             Trial Attorney
                                             U.S. Department of Justice
                                             Office of Immigration Litigation

                                             *Counsel for Defendants*


IT IS SO ORDERED:

David N. Hurd
U.S. District Judge


Dated: __05-12-2023__